IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | FIRST SUPERSEDING INDICTMENT |
| | : | |
| v. | : | CRIMINAL NO. 7:12-CR-36-HL |
| | : | |
| | : | VIOLATION(S): |
| | : | 21 U.S.C. § 841(a)(1) |
| BACARI MCCARTHREN, | : | 21 U.S.C. § 841(b)(1)(C) |
| | : | 21 U.S.C. § 853 |
| | : | 18 U.S.C. § 924(c)(1)(A) |
| | : | 18 U.S.C. § 924(d) |
| Defendant. | : | 18 U.S.C. § 924(e) |
| | : | 18 U.S.C. § 924(g)(1) |

THE GRAND JURY CHARGES:

### COUNT ONE

**Possession with Intent to Distribute Cocaine – 21 U.S.C. § 841(a)(1)**

On or about August 16, 2012, in the Valdosta Division of the Middle District of Georgia, and elsewhere,

**BACARI MCCARTHREN,**

defendant herein, knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of a Schedule II controlled substance, to wit: cocaine, all in violation of Title 21, United States Code, §§ 841(a)(1) and (b)(1)(C).

### COUNT TWO

**Possession of a Firearm in Furtherance of a Drug Trafficking Crime and
Carrying a Firearm During and in Relation to a Drug Trafficking Crime –
18 U.S.C. § 924(c)(1)**

On or about August 16, 2012, in the Valdosta Division of the Middle District of Georgia, and elsewhere,

**BACARI MCCARTHREN,**

defendant herein, did knowingly possess firearms, that is, one (1) Smith & Wesson .40 caliber pistol with the serial number DSR1365, and one (1) Springfield Armory .40 caliber pistol with the serial number US435811, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, the offense set forth in Count One of this Indictment, and did knowingly carry said firearms during and in relation to the drug trafficking crime set forth in Count One; all in violation of Title 18, United States Code, § 924(c)(1).

## COUNT THREE
### (Possession of a Firearm by a Convicted Felon – 18 U.S.C. § 922(g)(1))

On or about January 26, 2012, in the Valdosta Division of the Middle District of Georgia, and elsewhere,

### BACARI MCCARTHREN,

defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, did knowingly possess a firearm, to wit:

(1) a Smith & Wesson .40 caliber pistol with the serial number DSR1365; and

(2) a Springfield Armory .40 caliber pistol with the serial number US435811,

which had previously moved in interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

Said crimes for which **BACARI MCCARTHREN** had been previously convicted of punishable by imprisonment for a term exceeding one (1) year being more particularly described as:

(1) the offense of Aggravated Battery with a Firearm (two counts) in the Circuit Court for Osceola, Florida in Case No. CR-92-1760 on March 11, 1994;

(2) the offense of Fleeing or Attempting to Elude a Law Enforcement Officer at High Speed or with Wanton Disregard in the Circuit Court for Osceola, Florida in Case No. CR-99-1026 on November 16, 2000; and

(3) the offense of Possession of Cocaine with Intent to Sell in the Circuit Court for Osceola, Florida in Case No. CR-01-2594 on March 22, 2002.

## FORFEITURE NOTICE

## (18 U.S.C. § 924(d) and 21 U.S.C. § 853 - Criminal Forfeiture)

1. The allegations contained in Counts One, Two and Three of this Superseding Indictment are hereby re-alleged and incorporated by reference into this Notice for the purpose of alleging forfeiture to the United States of America, pursuant to the provisions of Title 18, United States Code, § 924(d), Title 28, United States Code, § 2461(c) and/or Title 21, United State Code, § 853.

2. Upon conviction of the offense(s) in violation of Title 21, United States Code, §§ 841(a)(1) and (b)(1)(C) set forth in Count One, Title 18, United States Code, § 924(c)(1) set forth in Count Two of this Indictment, and/or Title 18, United States Code, §§ 922(g)(1) and 924(e) set forth in Count Three,

## BACARI MCCARTHREN,

defendant herein, shall forfeit to the United States of America pursuant to Title 18, United States Code, § 924(d), Title 28, United States Code, § 2461(c), and/or Title 21, United States Code, § 853, any firearms and ammunition involved in the commission of the offense(s), including, but not limited to the following:

### FIREARM

(a) One (1) Smith & Wesson, Model SW40VE, .40 caliber pistol, serial number DSR1365.

### AMMUNITION

(a) Eight (8) rounds of .40 caliber Federal ammunition; and

(b) Ten (10) rounds of .40 caliber Smith & Wesson ammunition.

3.  If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

    (a) cannot be located upon exercise of due diligence;

    (b) has been transferred, sold to or deposited with, a third person;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, § 853(p), and Title 18, United States Code, § 924(d), as incorporated by Title 28, United States Code, § 2461(c).

All pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and 21 U.S.C. § 853.

A TRUE BILL.

*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

Presented by:

MICHAEL J. MOORE
UNITED STATES ATTORNEY

PETER D. LEARY
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 12 day of December, AD 2012.

Deputy Clerk