IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | :   Case No. 7:12-CR-36-HL |
| v. | : |
| | : |
| BACARI MCCARTHREN, | : |
| | : |
| Defendant. | : |
| _____ | : |

## INFORMATION

Comes now the United States Attorney for the Middle District of Georgia and, pursuant to the provisions of Title 21, United States Code, Section 851(a), files this Information stating that Defendant Bacari McCarthren has a prior felony drug conviction, to wit, on March 22, 2002, Defendant pled guilty in the Circuit Court for Osceola County, Florida to a felony charge of Possession of Cocaine with Intent to Sell in Case No. 2001 CF 002594. See Exhibit 1.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), notice of this previous conviction exposes Defendant to a term of imprisonment of not more than thirty (30) years, a $2,000,000 fine, or both, and at least six (6) years of supervised release, should he be convicted of Count One set forth in the superseding indictment of the present case.

Respectfully submitted, this March 14, 2013.

        MICHAEL J. MOORE
        UNITED STATES ATTORNEY

        */s/ Peter D. Leary*
        PETER D. LEARY
        Assistant United States Attorney
        United States Attorney's Office
        Middle District of Georgia
        Macon, Georgia 31202-1702
        Attorneys for the United States of America

## CERTIFICATE OF SERVICE

I certify that I have this day filed the foregoing Information utilizing the Court's CM/ECF program, which will cause electronic notice to be provided to:

Rick D. Collum
Attorney at Law
The Collum Law Firm, P.C.
P.O. Box 1867
Moultrie, Georgia 31776
Telephone: 229-891-3000
Email: collumlaw@yahoo.com

Respectfully submitted, this March 14, 2013.

           MICHAEL J. MOORE
           UNITED STATES ATTORNEY

           */s/ Peter D. Leary*
           PETER D. LEARY
           Assistant United States Attorney
           Virginia Bar Number 71196
           United States Attorney's Office
           Middle District of Georgia
           Post Office Box 1702
           Macon, Georgia 31202-1702
           Telephone: (478) 752-3511
           Fax: (478) 621-2655
           Attorneys for the United States of America