# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **BACARI MCCARTHREN**, <br><br> Movant, <br><br> v. <br><br> **UNITED STATES OF AMERICA**, <br><br> Respondent. | **28 U.S.C. § 2255 Case No**. <br> 7:21-CV-37 (HL) <br><br> **Criminal Case No.** <br> 7:12-CR-36 (HL) |

## ORDER

Before the Court is the Recommendation of United States Magistrate Judge Charles H. Weigle. (Doc. 109). The Magistrate Judge recommends granting the Government's Motion to Dismiss (Doc. 106) and dismissing Movant's motion to vacate, set aside or correct his sentence under 28 U.S.C. § 2255 (Doc. 101, 104) as untimely. The Magistrate Judge also recommends denying Movant a certificate of appealability.

Movant filed objections to the Recommendation. (Doc. 110). This Court has fully considered the record in this case and made a *de novo* determination of the portions of the Recommendation to which Movant objects. The Court overrules Movant's objections and accepts and adopts the Recommendation in full. The Court **GRANTS** the Government's Motion to Dismiss. (Doc. 106).

The Court further finds no substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2); <u>Slack v. McDaniel</u>, 529 U.S. 473, 483-84 (2000). Therefore, a certificate of appealability is denied.

**SO ORDERED**, this 19th day of September, 2022.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

aks